**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| **BLOOMBERG L.P.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **DRUG ENFORCEMENT** | ) |
| **ADMINISTRATION,** | ) |
| 8701 Morrissette Drive | ) |
| Springfield, VA 22152 | ) |
| | ) |
| **DEPARTMENT OF JUSTICE** | ) |
| 1849 C Street NW, | ) |
| Washington, DC 20240 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to compel Defendants DRUG ENFORCEMENT ADMINISTRATION and DEPARTMENT OF JUSTICE to discharge their obligations under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), including by conducting a reasonable search, issuing a determination, and producing records regarding its 2015 investigation into Jeffrey Epstein and accusations of illegitimate wire transfers, which were believed to be tied to illicit drug and/or prostitution activities occurring in the U.S. Virgin Islands and New York City.

## PARTIES

2. Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 3,000 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, video, audio, print, and live events. BLOOMBERG L.P. is headquartered in this judicial district and is one of the FOIA requesters in this case.

4. Defendant DRUG ENFORCEMENT ADMINISTRATION ("DEA") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

5. Defendant DEPARTMENT OF JUSTICE ("DOJ") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

6. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

7. Venue is premised on place of business and is proper under 5 U.S.C. § 552(a)(4)(B).

**MAY 19, 2026 FOIA REQUEST TO DEA**

8. On May 19, 2026, Plaintiffs submitted a FOIA request to DEA seeking the following records:

> 1. The complete investigative case file for DEA case number C1-11-0049 but only the portions that reference Jeffrey Epstein.
>
> 2. All DEA Reports of Investigation (DEA-6s), memoranda, intelligence reports, case summaries, lead sheets, opening documents, closing documents, routing slips, and status reports related to Jeffrey Epstein.
>
> 3. All records reflecting communications or coordination between DEA and: the OCDETF Fusion Center; DEA Special Operations Division (SOD); the FBI; ICE/HSI; FinCEN; Department of State and the US Attorney's Office for the Southern District of New York referencing Jeffrey Epstein and Operation Chain Reaction.
>
> [4.] All records referencing Jeffrey Epstein and "Chain Reaction"; OCDETF case number NY-NYS-0829 and Jeffrey Epstein; OFC-

TP-15-12392 and Jeffrey Epstein; SODOFC-15-12392 and Jeffrey Epstein; "Target Profile: Epstein" dated May 18, 2015; All DEA requests submitted to the OCDETF Fusion Center referencing Jeffrey Epstein, including requests for target profiles, financial analysis, border-crossing information, or intelligence support;

[5.] All DEA records concerning alleged illegitimate wire transfers, prostitution activity, narcotics-related intelligence, financial transactions, or activity occurring in New York City or the U.S. Virgin Islands involving, referencing, mentioning or relating to Jeffrey Epstein or associated persons/entities;

[6.] All DEA communications concerning Suspicious Activity Reports (SARs), Unified Suspicious Activity Reports (USARs), Currency Transaction Reports (CTRs), Unified Currency Transaction Reports (UCTRs), or related Bank Secrecy Act reporting involving, referencing, relating to or mentioning Jeffrey Epstein, provided that this request does not seek disclosure of SARs themselves where exempt by statute, but instead seeks underlying DEA analyses, memoranda, investigative references, summaries, communications, or derivative records discussing such materials.

[7.] All DEA records reflecting NCIC inquiries, database searches, deconfliction activity, or investigative coordination relating to Jeffrey Epstein.

[8.] All records concerning travel, aircraft, financial accounts, shell companies, or corporate entities associated with Jeffrey Epstein that were reviewed or analyzed by DEA personnel.

BACKGROUND In January 2026, the Department of Justice released what has been referred to as the "Epstein Files," which consists of millions of pages of internal government documents. One such document that was released by the Department of Justice is an Organized Crime Drug Enforcement Task Force target profile on Jeffrey Epstein and his associated targets requested on April 28, 2015 by the DEA's Special Operations Division. The target profile was connected to a joint DEA-OCDETF operation identified as "Chain Reaction," which was not solely centered on Jeffrey Epstein and associated targets. However, the Epstein portion of that operation has since ended. The records I am requesting from Chain Reaction only center on Mr. Epstein.

9. A true and correct copy of the FOIA request is attached as Exhibit 1.

10. On July 6, 2026, DEA assigned reference number 26-05761-F to the FOIA request and stated after it "queried the DEA Investigative Reporting and Filing System (IRFS)[,]" DEA was unable to locate any records responsive to the request.

11. A true and correct copy of the response letter is attached as Exhibit 2.

12. On July 6, 2026, Plaintiffs administratively appealed DEA's determination that it found no responsive records, noting the DOJ has officially disclosed a document identifying the DEA investigative references included in the request. Plaintiffs requested DEA to conduct a new search because it had not described an adequate search.

13. A true and correct copy of the administrative appeal is attached as Exhibit 3.

14. DEA did not send any further correspondence to Plaintiffs regarding this request.

15. As of the date of this filing, DEA has not issued a determination on Plaintiffs' administrative appeal.

16. As of the date of this filing, DEA has failed to make any responsive records promptly available to Plaintiffs.

**COUNT I – DEA'S FOIA VIOLATION**

17. Paragraphs 1-16 are incorporated by reference.

18. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

19. Defendant DEA is a federal agency subject to FOIA.

20. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

21. Defendant DEA has failed to conduct a reasonable search for records responsive to the request.

22. Defendant DEA has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: October 14, 2026

RESPECTFULLY SUBMITTED,

*/s/ Stephen Stich Match*

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.

Matthew Topic (*pro hac vice* forthcoming)
Merrick Wayne (*pro hac vice* forthcoming)
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

Stephen Stich Match (5567854)
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com