# Exhibit 1

An official website of the United States government
Here's how you know

UNITED STATES DEPARTMENT of JUSTICE

MENU

# FOIA.gov

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 2921506

# Success!

## Your FOIA request has been created and is being sent to the Drug Enforcement Administration.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

FOIA Requester Service Center

571-776-2300

dea.foia@usdoj.gov

Deshelia Wallace, FOIA Public Liaison

571-776-2300

Angela C. Davis, Chief, Freedom of Information and Privacy Act Section
8701 Morrissette Drive
Springfield, VA 22152

DEA.FOIA@usdoj.gov

---

# Request summary

Request submitted on**May 19, 2026**.

The confirmation ID for your request is **2921506**.

The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Jason Leopold

**Mailing address**

United States

**Phone number**

**Company/organization**
Bloomberg News

**Email**
jasonleopold@gmail.com

---

## Your request

I request disclosure from the Drug Enforcement Administration the following records: 1. The complete investigative case file for DEA case number C1-11-0049 but only the portions that reference Jeffrey Epstein. 2. All DEA Reports of Investigation (DEA-6s), memoranda, intelligence reports, case summaries, lead sheets, opening documents, closing documents, routing slips, and status reports related to Jeffrey Epstein. 3. All records reflecting communications or coordination between DEA and: the OCDETF Fusion Center; DEA Special Operations Division (SOD); the FBI; ICE/HSI; FinCEN; Department of State and the US Attorney's Office for the Southern District of New York referencing Jeffrey Epstein and Operation Chain Reaction. 3. All records referencing Jeffrey Epstein and “Chain Reaction”; OCDETF case number NY-NYS-0829 and Jeffrey Epstein; OFC-TP-15-12392 and Jeffrey Epstein; SODOFC-15-12392 and Jeffrey Epstein; “Target Profile: Epstein” dated May 18, 2015; All DEA requests submitted to the OCDETF

Fusion Center referencing Jeffrey Epstein, including requests for target profiles, financial analysis, border-crossing information, or intelligence support; 4. All DEA records concerning alleged illegitimate wire transfers, prostitution activity, narcotics-related intelligence, financial transactions, or activity occurring in New York City or the U.S. Virgin Islands involving, referencing, mentioning or relating to Jeffrey Epstein or associated persons/entities; 5. All DEA communications concerning Suspicious Activity Reports (SARs), Unified Suspicious Activity Reports (USARs), Currency Transaction Reports (CTRs), Unified Currency Transaction Reports (UCTRs), or related Bank Secrecy Act reporting involving, referencing, relating to or mentioning Jeffrey Epstein, provided that this request does not seek disclosure of SARs themselves where exempt by statute, but instead seeks underlying DEA analyses, memoranda, investigative references, summaries, communications, or derivative records discussing such materials. 6. All DEA records reflecting NCIC inquiries, database searches, deconfliction activity, or investigative coordination relating to Jeffrey Epstein. 7. All records concerning travel, aircraft, financial accounts, shell companies, or corporate entities associated with Jeffrey Epstein that were reviewed or analyzed by DEA personnel. BACKGROUND In January 2026, the Department of Justice released what has been referred to as the "Epstein Files," which consists of millions of pages of internal government documents. One such document that was released by the Department of Justice is an Organized Crime Drug Enforcement Task Force target profile on Jeffrey Epstein and his associated targets requested on April 28, 2015 by the DEA's Special Operations Division. The target profile was connected to a joint DEA-OCDETF operation identified as "Chain Reaction," which was not solely centered on Jeffrey Epstein and associated targets. However, the Epstein portion of that operation has since ended. The records I am requesting from Chain Reaction only center on Mr. Epstein. Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)): (A) An agency shall— (i) withhold information under this section only if— (I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or (II) disclosure is prohibited by law; and (ii) (I) consider whether partial

disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and (II) take reasonable steps necessary to segregate and release nonexempt information. . . . DEA should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part. If portions of responsive records are exempt from disclosure, please provide all reasonably segregable non-exempt portions. I also request that you describe any withheld material and the specific basis for withholding under Vaughn v. Rosen. To the extent records are transferred to another component or agency, please provide written notice of the referral and identify the receiving agency or component. I request a waiver of all fees because disclosure of the requested information is in the public interest and is likely to contribute significantly to public understanding of the operations and activities of the government. The records concern a matter of exceptional public interest involving Jeffrey Epstein, federal investigative activity, interagency coordination, financial intelligence, and the handling of allegations relating to sex trafficking and related criminal conduct.

---

## Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al

Jazeera America. I am filing this request on behalf of myself and Bloomberg News. I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes. Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public. If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request. I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

**The amount of money you're willing to pay in fees, if any**
$250

---

## Request expedited processing

**Expedited processing**
no

---

## Terms of service

**Terms of Service**
yes

FOIA.gov

## CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit CC3.0