# Exhibit 2

**U.S. Department of Justice**
Drug Enforcement Administration
FOIA and Privacy Act Unit
8701 Morrissette Drive
Springfield, VA 22152

July 6, 2026

Case Number: 26-05761-F

Jason Leopold
*Sent via e-mail:* jasonleopold@gmail.com

Dear Jason Leopold:

This letter responds to your enclosed Freedom of Information Act/Privacy Act (FOIA/PA) request letter dated May 19, 2026, addressed to the Drug Enforcement Administration (DEA), FOIA/PA Unit. Your request was opened and assigned the above case number. Please include this case number when communicating with this office.

After reviewing your request, we conducted a search for responsive records. To search for responsive records, we queried the DEA Investigative Reporting and Filing System (IRFS). IRFS is the system of records that contains all administrative, general, and investigative files compiled by DEA for law enforcement purposes. As a result of our query, we are unable to locate any records responsive to your request.

Because this office is not assessing any fees in connection with the processing of your request, there is no need for us to consider your request for a waiver of fees.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA.

You may contact our FOIA Public Liaison at (571) 776-2300 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

If you are not satisfied with DEA's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United

States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

If you have any questions regarding this letter, you may contact our Requester Service Center at (571) 776-2300.

Sincerely,

ANGELA DAVIS

Digitally signed by ANGELA DAVIS

Angela C. Davis, Unit Chief
FOIA and Information Law Section
Freedom of Information and Privacy Act Unit
Office of Chief Counsel
Drug Enforcement Administration